UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GONZALEZ-ALMAGUER, ) | CASE NO. CV 18-877-GW (PJW) |
| ) Petitioner, ) | |
| ) v. ) ) | ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING |
| STEVE LANGFORD, WARDEN, ) ) | PETITION WITHOUT PREJUDICE |
| Respondent. ) | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, records on file, and the Final Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the Magistrate Judge's Final Report and adopts it as its own findings and conclusions.

DATED: <u>August 30, 2018</u>.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

C:\Users\javiergonzalez\AppData\Local\Temp\notes95E17C\Order accep final r&r.wpd