UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GONZALEZ-ALMAGUER,<br><br>            Petitioner,<br><br>    v.<br><br>STEVE LANGFORD, WARDEN,<br><br>            Respondent. | CASE NO. CV 18-877-GW (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: <u>August 30, 2018</u>.

                                        */s/ George H. Wu*
                                        GEORGE H. WU
                                        UNITED STATES DISTRICT JUDGE